UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ADAM NICHOLAS FLEISHER : CHAPTER 13
    Debtor :
  :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
  :
vs. :
  :
ADAM NICHOLAS FLEISHER :
    Respondent : CASE NO. 1-23-bk-01588

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of November, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of the debtor's home as stated in his schedules – CMA requested.

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. The debtor has not provided to the Trustee copies of 2022 Federal Income Tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

BY:    /s/Douglas R. Roeder
            Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 20th day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA 17011

                              /s/Deborah A. DePalma
                              Office of Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee