# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Adam Nicolas Fleisher,

**Debtor 1**

Chapter          13

Case No.        1:23–bk–01588–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 20, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  February 14, 2024

orcnfpln(05/18)

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Adam Nicolas Fleisher<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01588-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, February 15, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:23-bk-01588-HWV
Middle District of Pennsylvania
Harrisburg
Fri Oct 20 16:17:11 EDT 2023

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

United States Trustee
US Courthouse
150 N 6th St
Harrisburg, PA 17102-1104

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

(p)BROCK & SCOTT  PLLC
6701 CARMEL ROAD SUITE 315
CHARLOTTE NC 28226-4035

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

First Progress
PO Box 9053
Johnson City, TN 37615-9053

Freedom Mortgage / Attn: Bankruptcy Departme
10500 Kincaid Drive
Fishers, IN 46037-9749

Freedom Mortgage Corporation
PO Box 489
Mount Laurel, NJ 08054-0489

IC System
PO Box 64378
Saint Paul, MN 55164-0378

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
PO Box 7999
St. Cloud, MN 56302-7999

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

Velocity Investments, LLC
1800 Route 34 North
Building 3, Suite 305
Belmar, NJ 07719-9146

Adam Nicolas Fleisher
808 Pine Grove Drive
Waynesboro, PA 17268-9673

(p)JACK N  ZAHAROPOULOS
ATT  CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Brock & Scott, PLLC
1315 Westbrook Plaza Drive #100
Winston Salem, NC 27103

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20