# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Adam Nicolas Fleisher<br>**Debtor 1**<br><br>Freedom Mortgage Corporation<br>**Movant(s)**<br>v.<br>Adam Nicolas Fleisher<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01588-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 39 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Adam Nicolas Fleisher, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Upon information and belief, the averment as stated in Paragraph 3 is admitted.

4. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 4; therefore, it is denied.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted.

8. Upon information and belief, the averment as stated in Paragraph 8 is admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

9. Admitted.

10. Admitted in part, denied in part. It admitted. That the next payment is due on or before June 1, 2024 in the amount of $1,409.24. Debtor(s) are without sufficient knowledge as to the remaining averment as stated in Paragraph 10; therefore, it is denied.

11. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 11; therefore, it is denied.

12. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 12; therefore, it is denied.

13. Paragraph 13 contains a conclusion of law to which no response is required.

14. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 11; therefore, it is denied.

15. Paragraph 15 contains a conclusion of law to which no response is required.

16. Paragraph 16 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: June 3, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Adam Nicolas Fleisher<br>**Debtor 1**<br><br>Freedom Mortgage Corporation<br>**Movant(s)**<br>v.<br>Adam Nicolas Fleisher<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01588-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 39 |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, June 3, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Marion Hanyon, Esquire
BROCK & SCOTT
3825 Forrestgate Drive
Winston Salem, NC 27103
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102


/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire