UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
ADAM NICOLAS FLEISHER
            DEBTOR

CASE NO. 1:23-bk-01588-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                            FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:         10500 Kincaid Drive, Suite 300
                                     Fishers, IN 46037-9764

NEW NOTICE ADDRESS:         11988 Exit 5 Parkway, Building 4
                                     Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:        10500 Kincaid Drive, Suite 300
                                     Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:        11988 Exit 5 Parkway, Building 4
                                     Fishers, IN 46037-7939

Dated: September 18, 2024

                                        */s/Lorri Beltz*
                                        Lorri Beltz, Vice President, Default
                                        Freedom Mortgage Corporation
                                        11988 Exit 5 Parkway, Building 4
                                        Fishers, IN 46037-7939
                                        Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
ADAM NICOLAS FLEISHER
  DEBTOR

CASE NO. 1:23-bk-01588-HWV
CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

PAUL DONALD MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 Market St
Camp Hill PA 17011-4706
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

ADAM NICOLAS FLEISHER
808 Pine Grove Dr
Waynesboro PA 17268-9673
*Debtor*

This 18th Day of September, 2024

    */s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900