**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Adam Nicolas Fleisher<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01588-HWV<br><br>**Matter:** Motion to Dismiss |

### DEBTOR(S)' MOTION TO DISMISS

AND NOW, come the Debtor(s), Adam Nicolas Fleisher, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Dismiss Case and aver as follows:

1. The Debtor(s) filed a Chapter 13 Bankruptcy Petition and Plan on or about July 13, 2023.

2. This case has not been previously converted under Section 706 or Section 112 of the Bankruptcy Code.

WHEREFORE, Debtor(s) respectfully request this Court enter an Order dismissing the above-captioned voluntary Chapter 13 bankruptcy case.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: December 19, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Adam Nicolas Fleisher
**Debtor 1**

**Chapter** 13

**Case No.** 1:23-BK-01588-HWV

**Matter:** Motion to Dismiss

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Dismiss Case and it is having been determined that the case should be dismissed, IT IS ORDERED that the above-captioned case be and IS HEREBY dismissed.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Adam Nicolas Fleisher<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01588-HWV<br><br>**Matter:** Motion to Dismiss |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 19, 2024, I served a true and correct copy of the **Debtor(s)' Motion to Dismiss and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing         Freedom Mortgage Corporation         United States Trustee
0314-1                                  10500 Kincaid Drive                  US Courthouse
Case 1:23-bk-01588-HWV                  Fishers, IN 46037-9764               1501 N. 6th St
Middle District of Pennsylvania                                              Harrisburg, PA 17102-1104
Harrisburg
Thu Dec 19 16:38:55 EST 2024

U.S. Bankruptcy Court                   (p)BROCK & SCOTT  PLLC               First Premier Bank
Sylvia H Rambo US Courthouse            6701 CARMEL ROAD SUITE 315           3820 North Louise Avenue
1501 N. 6th Street                      CHARLOTTE NC 28226-4035              Sioux Falls, SD 57107-0145
Harrisburg, PA 17102-1104

First Progress                          Freedom Mortgage Corporation         Freedom Mortgage Corporation
PO Box 9053                             11988 Exit 5 Parkway Building 4      PO Box 489
Johnson City, TN 37615-9053             Fishers, IN 46037-7939               Mount Laurel, NJ 08054-0489

IC System                               LVNV Funding, LLC                    Midland Credit Management, Inc.
PO Box 64378                            Resurgent Capital Services           PO Box 2037
Saint Paul, MN 55164-0378               PO Box 10587                         Warren, MI 48090-2037
                                        Greenville, SC 29603-0587

PA Department of Revenue                Premier Bankcard, LLC                Quantum3 Group LLC as agent for
Attn: Bankruptcy Division               Jefferson Capital Systems, LLC Assignee  Galaxy International Purchasing LLC
PO Box 280496                           PO Box 7999                          PO Box 788
Harrisburg, PA 17128-0946               St. Cloud, MN 56302-7999             Kirkland, WA  98083-0788

Resurgent Capital Services              T Mobile/T-Mobile USA Inc            (p)VELOCITY PORTFOLIO GROUP  INC
PO Box 10587                            by American InfoSource as agent      1800 RT 34 NORTH
Greenville, SC 29603-0587               PO Box 248848                        BLDG 3 SUITE 305
                                        Oklahoma City, OK  73124-8848        WALL NJ 07719-9146

Adam Nicolas Fleisher                   (p)JACK N  ZAHAROPOULOS              Paul Donald Murphy-Ahles
808 Pine Grove Drive                    ATTN CHAPTER 13 TRUSTEE              Dethlefs Pykosh & Murphy
Waynesboro, PA 17268-9673               8125 ADAMS DRIVE SUITE A             2132 Market Street
                                        HUMMELSTOWN PA 17036-8625            Camp Hill, PA 17011-4706
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Brock & Scott, PLLC                     Velocity Investments, LLC            Jack N Zaharopoulos
1315 Westbrook Plaza Drive #100         1800 Route 34 North                  Standing Chapter 13
Winston Salem, NC 27103                 Building 3, Suite 305                (Trustee)
                                        Belmar, NJ 07719                     8125 Adams Drive, Suite A
                                                                             Hummelstown, PA 17036
```

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20