United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01588-HWV
Adam Nicolas Fleisher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 2
Date Rcvd: Dec 20, 2024 | Form ID: pdf010 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adam Nicolas Fleisher, 808 Pine Grove Drive, Waynesboro, PA 17268-9673 |
| 5554345 | + | First Progress, PO Box 9053, Johnson City, TN 37615-9053 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 18:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5554343 | | Email/Text: EBN@brockandscott.com | Dec 20 2024 18:42:00 | Brock & Scott, PLLC, 1315 Westbrook Plaza Drive #100, Winston Salem, NC 27103 |
| 5554344 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 20 2024 18:45:47 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5554346 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 18:42:00 | Freedom Mortgage Corporation, PO Box 489, Mount Laurel, NJ 08054-0489 |
| 5567410 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 20 2024 18:42:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, IN 46037-7939 |
| 5554347 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2024 18:42:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5556059 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 18:45:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5554348 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5554349 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 18:43:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5567592 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 18:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5559057 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 18:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5554350 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 18:45:48 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5555948 | | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 18:45:35 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5554351 | | Email/Text: dispute@velocityrecoveries.com | Dec 20 2024 18:42:00 | Velocity Investments, LLC, 1800 Route 34 North, Building 3, Suite 305, Belmar, NJ 07719 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Adam Nicolas Fleisher pmurphy@dplglaw.com kgreene@dplglaw.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Adam Nicolas Fleisher
**Debtor 1**

Chapter 13

Case No. 1:23-BK-01588-HWV

Matter: Motion to Dismiss

### ORDER

Upon consideration of the Debtors' Motion seeking to have their Chapter 13 Case voluntarily dismissed, Doc. 52, it is

**ORDERED** that the Motion is **GRANTED** and the Debtors' case is **DISMISSED** without prejudice. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 20, 2024